United States District Court Of New Hampshire

Joshua Howard,
   Plaintiff,

V.

Judge Anne M. Edwards,
  NH DMV,
   Defendants,

Civil Case:

Civil Rights Complaint Pursuant To 42 U.S.C § 1983

Complaint.

Plaintiff Joshua Howard, by through self pro se hereby alleges as follows:

Introduction.

1. This is a lawsuit action brought pursuant to 42 U.S.C § 1983 for damages against Superior Court Judge Anne M. Edwards and the NH DMV all acting under color of law in official capacity in the involvement of depriving myself of fundamental rights secured to me by the 14th Amendment. March 12th 2025 Judge Anne M. Edwards did in fact intentionally and willfully commit perjury on my court decision by making requests on my behalf in which I didn't ask or state anywhere in my documents submitted to the courts. Furthermore her careless act cost me loss of parenting time along with deprivation of property which violated my 14th Amendment right secured to me by the Federal Constitution Of The United States Of America.

2. On March 7th 2025 I went to court presenting my case for the hearing with everything I needed including the law dictionary I own which is Black's Law Dictionary 11th Edition. I explained to the defendant Judge Anne M. Edwards that Judge Patrick Ryan told me to do a petition for a Writ of Coram Nobis in superior court since it had passed the appeal period and that I had new knowledge unknown to the courts. I explained I was deprived of personal private property. I learned in my studies that an automobile is defined as durable goods for consumer goods purposes and not for resale or for producing other goods. Understanding that the Supremacy Clause explains that any conflicting nature between state laws and federal laws that the federal law preempts state. What I've come to realize and find mind boggling is that law dictionaries state any form of license fee is a monetary charge imposed by a governmental authority for the privilege of pursuing a particular occupation, business, or activity also known as a license tax. What intrigues me is that in law terminology activity is the collective

acts of one person or of two or more people engaged in a common enterprise. I explained to the defendant Judge Anne M. Edwards that driver means driver of a commercial motor vehicle pursuant to 49 C.F.R. § 390.5, and that a motor vehicle means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers and property, or property or cargo pursuant to 18 U.S.C. § 31(6). I presented facts that all NH registrations say for commercial motor vehicles only and that by signing that form you certify knowledge of applicable federal and state motor carrier safety regulations and laws as adopted by the state of NH which is a void contract. The location of this frivolous scheme is where you sign at the bottom to the left in small fine print. I remember very clearly stating to the attorney whom the NH DMV attained and also to the judge that I'm merely an automobilist with the right to travel and the right to property which under the 14th Amendment is my federal guaranteed constitutional right. I stated in court the 14th Amendment says that all persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property without due process of laws; nor deny to any person within its jurisdiction the equal protection of the laws. I explained there's no difference between a horse and buggy and an automobile other than an animal and a combustion engine. Furthermore I explained the ideology is the statements of sovereign citizens when in fact it's actually deprivation of personal private property. As a result the defendant Judge Anne M. Edwards committed perjury on my decision.

3. On March 12th 2025 I had received an email from the courts stating the defendant Judge Anne M. Edwards reached a decision and that I had to sign onto turbocourt to view. The decision that was made was an act of perjury acting under color of law on behalf of the State of New Hampshire. By the Defendant Judge Anne M. Edwards stating in line 6 " Ultimately Mr. Howard requested that the court order the DMV not be allowed to use the form with the commercial vehicle language on it" shows absolute incompetence of her being a judge and makes her sound extremely frivolous.

4. The incompetence of the defendant's actions as a judge hindered my 14th Amendment right depriving me of my property which I have the right to use and enjoy which happens to be an automobile which is durable goods for consumer goods purposes by committing perjury on my decision ruling.

5. Quite frankly this could've been avoided if the defendant acting under color of law as a judge didn't deprive me of my 9th Amendment right, my 14th Amendment

right, had just acknowledged I was correct and understood the fact that it has nothing to do with anything pertaining to a sovereign citizen, but in fact deprivation of personal private property. The fact that law dictionaries state any form of license fee is for the privilege of making money, and how we fathom a license fee is a fee that's collected for a license to pursue employment we can clearly see the monopoly illegally placed upon the people. I showed the defendant Judge Anne M. Edwards acting under color of law as a judge government websites that supercede state due to the supremacy clause that declare a driver being a driver of only a commercial motor vehicle as defined in 49 C.F.R. § 390.5, and also that a motor vehicle is a vehicle used strictly for commercial purposes as defined in 18 U.S.C. § 31(6).

6. The actions of the Defendants in this case were frivolous and as confirmed by Judge Anne M. Edwards decision acting under color of law as a judge a clear act of perjury and a violation of my 14th Amendment right secured to me by the United States Constitution.

### The Parties.

7. Plaintiff Joshua Howard is relevant to this matter since it was a hearing one must attend for my court case in Keene Nh Superior Court.

8. Defendant Judge Anne M. Edwards, a government actor within the District of New Hampshire sworn in to be an honorable judge and uphold the United States Constitution. Defendant Judge Anne M. Edwards was and is a "person" acting under color of law as defined in 42 U.S.C. § 1983.

9. Defendant NH DMV acting as a state government monopoly that's responsible for overseeing motor vehicle and driver-related matters in New Hampshire. Defendant NH DMV was and is a "person" acting under color of law as defined in 42 U.S.C. § 1983.

### Jurisdiction And Venue

10. Jurisdiction is proper under 18 U.S.C. § 1621, 18 U.S.C. § 3231, and 18 U.S.C.§ 242.

11. The Court has personal jurisdiction over the Defendants.

12. Venue is proper under 28 U.S.C. § 1391(e)(1), as the events giving rise to the Plaintiffs claims occurred in the City of Keene which is within the District of New Hampshire.

### Facts

1. The March 7th, 2025 Petition for a Writ of Coram Nobis Hearing.

13. The facts of this case are made clear in the documents submitted from NH Superior Court in Keene NH which is incorporated herein by reference.

14. On March 7th, 2025 in Keene Superior Court I the Plaintiff had court in regards to my Petition for a Writ of Coram Nobis. The reason for the Petition for Writ of Coram Nobis was due to being passed the appeal period in Keene District Court and I had knowledge unknown to the courts in which it was Judge Patrick Ryan's suggestion to me to file a Petition for a Writ of Coram Nobis in Superior Court.

15. I the Plaintiff was first to speak to argue the facts of my case presented. I read the documents that I had submitted to NH Superior Court in Cheshire County and then I let the attorney in which the Defendant NH DMV had retained speak once I had finished.

16. I the Plaintiff began reading the Petition for a Writ of Coram Nobis that was submitted that I typed up. I was just explaining that in my Law Dictionary which is Black's Law Dictionary 11th Edition any form of license fee is a monetary charge imposed by a governmental authority for the privilege of pursuing a particular occupation, business, or activity also termed license tax. I brought up the fact that activity in law is the collective acts of one person or of two or more people engaged in a common enterprise. Also I explained that all NH registrations say for commercial motor vehicles only on them in small fine print at the bottom left of where you sign. I brought to the court's attention that I'm merely a traveler whose an automobilist with the right to own and enjoy use of my property since it's my inalienable right, which so happens to be an automobile defined as durable goods for consumer goods purposes.

17. The attorney whom the Defendant NH DMV retained did a " Answer to Petition for a Writ of Coram Nobis" in regards to my Petition insinuating that my Petition should be denied. The attorney Dennis J. Thivierge didn't seem to fathom what I was saying as he states in sentence 6 that my reasons and attachments were confusing. I do admit I wasn't proficient in regard to the typed Petition for a Writ of Coram Nobis I submitted but I found newer information on law each day I furthered my research and put that into my "Response to Defendants Answer to Petition for a Writ of Coram Nobis".

18. After the attorney was finished I the Plaintiff started to read what I had typed up for a response. I explained that I didn't do my Petition earlier because I didn't have a Law Dictionary and I didn't know that all NH registrations say "For Commercial Motor Vehicles Only" on them. I then go on to say that the Keene District Court order violated my rights. I go on to state that " If a state participates at all in a conspiracy, it has violated the 14th Amendment with regard to any individuals whose rights are infringed based on the constitutional right to travel. I have the right to travel freely

and I have the right to property in which an automobile is considered durable goods for consumer goods purposes. The Code of Federal Regulations states any "Driver" means Driver of a Commercial Motor Vehicle as defined in 49 C.F.R. § 390.5, also 18 U.S.C. § 31(6) states any "Motor Vehicle" means every description of carriage or other contrivance propelled or drawn by mechanical power and used for " Commercial Purposes" on the highways in the transportation of passengers, passengers and property, or property or cargo. I go on to state my Petition for a Writ of Coram Nobis shouldn't be denied due to there being a fundamental error and that error being that all NH registrations say "For Commercial Motor Vehicles Only" on them and that any form of license fee is for the privilege of pursuing a particular occupation, business or activity.-Also termed license tax. Activity in law is the collective acts of one person or of two or more people engaged in a common enterprise". After saying everything I had to say, the Defendant Judge Anne M. Edwards states she'd be making her decision and that I would be notified.

2. (The Defendant Judge Anne M. Edwards willfully and knowingly committed perjury on my court decision and deprived me of my 9th and 14th Amendment.)

19. On March 12th, 2025, I the Plaintiff had received an email in regards to the court's decision in which I had to log onto TurboCourt.com in order to view. As I signed in I discovered the decision and began reading. Upon reading the court's decision I came across an act of perjury from one of the Defendants which was Judge Anne M. Edwards as she made requests on my behalf in which I gave her no authorization to make fictitious statements as a way of going around the fact that I'm correct.

20. After taking some time to think I decided to try and add a few Motions To Reconsider before I had received the decision because I figured both Defendants were incompetent and frivolous at the roles they thought they were fit to play and lacked capacity to fathom facts that I was stating.

21. The attorney that represented the Defendant NH DMV Dennis Thieverage responded back with an "Objection to Motion to Reconsider" on March 18th,2025, stating that I the Petitioner submitted further arguments and that I had "failed to state, with particular clarity, points of law or fact the Court overlooked or misapprehended". I felt like I was talking to imbeciles that didn't fathom anything I stated. I tried to explain in my "Response to Defendant's Answer To Petition For A Writ Of Coram Nobis" which I read in court March 7th, 2025 the facts of law that clearly show a monopoly placed upon the people including upon myself. I felt both Defendants were extremely unintelligent and unfit at the roles they

thought they were fit to play. At this point In time I didn't read this Objection in all honesty because I was already irate and decided to do a Petition for a Request of Impeachment and sent that to the House of Reps in NH, and also a copy to the Attorney General's office.

3. (As Confirmed By The Keene Superior Court's Decision, The Defendants Actions Were Clearly Unlawful.)

22. As Judge Anne M. Edwards signed off on the Court's decision with acts of committing perjury. I realized the attorney Dennis Thievierge who was retained by Defendant NH DMV also committed perjury by making false claims under oath in court. Dennis Thievierge stated that the statement "For Commercial Motor Vehicles Only" doesn't apply to passenger vehicles which sounds absolutely frivolous. The registration plain as day says " For Commercial Motor Vehicles Only: by signing this form I certify knowledge of applicable federal and state motor carrier safety regulations and laws as adopted by the State of New Hampshire". That statement clearly entails that it does apply for passenger vehicles since 18 U.S.C. § 31(6) states a motor vehicle means every description of carriage or other contrivance propelled or drawn by mechanical power and used for commercial purposes on the highways in the transportation of passengers, passengers or property, or property or cargo. I do not drive a motor vehicle hence to drive a motor vehicle is to operate for commercial purposes as defined in 49 C.F.R. § 390.5. We should fathom any form of driver's license is for the privilege of pursuing employment. Passenger vehicles are motor vehicles that transport passengers for commercial purposes as defined in  18 U.S.C § 31(6).

Claims For Relief
Count 1
Violations of the Ninth and Fourteenth Amendment & Acts of Perjury.
(Against Defendant Judge Anne M. Edwards in her Official Capacity)

24. I the Plaintiff reallege and incorporate by reference the allegations contained in the proceeding paragraphs.

25. The Ninth Amendment to the United States Constitution prohibits the infringement of the rights of citizens whether these rights are listed or not which happen to be enumerated rights also known as fundamental rights, which coincides with the Fourteenth Amendment.

26. The Fourteenth Amendment protects individuals from being deprived of life, liberty or property without due process of law.

27. Under 42 U.S.C. § 1983, every person acting under color of state law who deprives another person of his or her constitutional rights is also liable at law and in equity.

28. Defendant Judge Anne M. Edwards through the direct action of her ruling committed perjury and deprived myself the Plaintiff rights secured to me by the United States Constitution. The court's ruling was an act of perjury and deprivation of rights against myself the Plaintiff by stating I the Plaintiff requested the court do things that I never mentioned or suggested.

29. Defendant Judge Anne M. Edwards through the direct action of her ruling committed perjury, and deprived myself the Plaintiff of rights secured to me by the United States Constitution which so happen to be the Ninth and Fourteenth Amendment by creating material statements in the decision instead of acknowledging I'm correct about this nature.

30. In so doing, Defendant Judge Anne M. Edwards, acting under color of law, committed perjury and deprived myself the Plaintiff of clearly established rights which are the right to travel but also the right to property under the Ninth and Fourteenth Amendments of The United States Constitution.

31. As a direct and proximate result of perjury and violations of I the Plaintiff's Ninth and Fourteenth Amendment rights by Defendant Judge Anne M. Edwards, I the Plaintiff suffered irreparable harm, including interference with my Ninth and Fourteenth Amendment rights, the deprivation of liberty and property, lack of trust in the Judicial System, but also loss of parenting time.

Violations of the Ninth and Fourteenth Amendment & Acts of Perjury.
(Against Defendant NH DMV, Represented by Dennis J. Thieverage in his Official Capacity)

32. I the Plaintiff reallege and incorporate by reference the allegations contained in the proceeding paragraphs.

33. The Ninth Amendment to the United States Constitution prohibits the infringement of the rights of citizens whether these rights are listed or not which happen to be enumerated rights also known as fundamental rights, which coincides with the Fourteenth Amendment.

34. The Fourteenth Amendment protects individuals from being deprived of life, liberty or property without due process of law.

35. Under 42 U.S.C. § 1983, every person acting under color of state law who deprives another person of his or her constitutional rights is also liable at law and in equity.

36. Defendant NH DMV represented by Attorney Dennis J. Thieverage in his Official Capacity did in fact commit perjury in court by making material statements against I the Plaintiff's acknowledgment of the monopoly typed on the registration in fine print, by stating it has nothing to do with passenger vehicles which I found extremely frivolous.

37. Defendant NH DMV represented by Attorney Dennis J. Thieverage through the direct action of his statements under oath disregarded the fact that 49 C.F.R. § 390.5 states "Driver means Driver of a Commercial Motor Vehicle" also 18 U.S.C § 31(6) "Motor Vehicle is a Vehicle used for Commercial Purposes" perse the Federal Government, and instead he says that the registration saying "For Commercial Motor Vehicles Only has nothing to do with Passenger Vehicles, when in fact it does because any Passenger Vehicle is a Motor Vehicle which is used to transport Passengers for a fee."

38. In so doing Defendant NH DMV represented by Attorney Dennis J. Thieverage made false material that made the other Defendant Judge Anne M. Edwards agree to this frivolous decision not comprehending that any Drivers License is for the privilege of pursuing employment, "49 C.F.R § 390.5 Driver means Driver of a Commercial Motor Vehicle", and that "18 U.S.C § 31 (6) Motor Vehicle is a Vehicle used for Commercial Purposes on the highways in the transportation of passengers, passengers and property, or property or cargo."

39. As a direct and proximate result of perjury by deliberately making material false and misleading statements under oath, I the Plaintiff suffered irreparable harm, including interference with my Ninth and Fourteenth Amendment rights, the deprivation of liberty and property, lack of trust in the Judicial System, but also loss of parenting time.

Request For Relief

WHEREFORE, I the Plaintiff respectfully requests that this Court:

a) Award I the Plaintiff compensatory damages for the violations of my Constitutional rights against all Defendants.

b) Award I the Plaintiff punitive damages for the violations of my Constitutional rights against Defendant NH DMV.

c) Grant or award other such relief as this Court deems just and proper.

Index:

Exhibit:                                                          Pages:
Exhibit 1. Judge Patrick W. Ryan denying                          1
my motion to reopen but suggesting a Petition for a Writ of Coram Nobis in Superior Court.
Exhibit 2. My Petition for a Writ of Coram Nobis.    2-7

Exhibit 3. Nh DMV Appearance, Answer to Petition,   8-10
My Response to Defendant's answer.

Exhibit 4. Federal Government websites of Driver   11-12
and Motor Vehicle.

Exhibit 5. My motion to Strike, Motion to Reconsider.   13-14

Exhibit 6. Defendant's Objection to Motion   15
To Reconsider.

Exhibit 7. The Judge's decision which was   16
an act of perjury and not understanding anything I submitted.

Exhibit 8. My Petition for Request of Impeachment.   17

By and through self pro se

Respectfully submitted by,
Joshua Howard,
P.O Box 89
Keene, NH 03431
603-803-8127
August 25th, 2025.