# United States District Court Of New Hampshire

Joshua Howard,
   Plaintiff

V.

Judge Anne M. Edwards,
NH DMV,
Defendants

Civil Case: 1: 25-cv-00344-SM-AJ

Civil Rights
Complaint
Pursuant To
42 U.S.C. § 1983

### Plaintiff's Objection to Magistrate Judge Andrea Johnstone's Report and Recommendations in regards to dismissal of my case.

From March 12th, 2025 to the beginning of September 2025 I the Plaintiff tried to figure out how to correctly go about my 42 U.S.C. § 1983 lawsuit so it wasn't sent back for not being done accurately. From what I read from Magistrate Judge Andrea Johnstone I question how people get placed into jobs when they weren't fit from the beginning. In my Superior Court case I didn't lose! The frivolous judge committed perjury in my case instead of acknowledging that I'm correct about this monopoly placed upon us citizens. Any form of license fee is aka a license tax which is for the privilege of pursuing employment pursuant to Black's Law Dictionary which is a legal reference used in courtrooms and law schools in which attornies and judges used these law dictionaries in law schools to obtain there law degree.
In essence you are paying a license fee aka a license tax for the privilege of making money off that license. It's best to know that a law dictionary isn't law but a legal reference used in the legal field that must be used with code or case law to coincide and make a stronger point to your case. Federal code 49 C.F.R. § 390.5 which is federal law states that any driver means driver of a commercial motor vehicle. Federal code 18 U.S.C. § 31(6) which is federal law states any form of motor vehicle is used for commercial purposes. So we have to now fathom that any form of drivers license is for the privilege of pursuing employment. Under the Supremacy Clause when state law and federal law clash federal law supersedes state and makes state law, code or constitutions null and void. When I fully read this R&R I was baffled and very irate how once again I have a frivolous judge whose incompetent of seeing whats right in front of her. I submitted federal websites that declare what a driver and a motor vehicle are pursuant to federal code which is a compilation of federal law passed by congress. I don't fathom by you adding case laws that are impertinent to my case and hold no validity in the nature just to sound sophisticated in the R&R is astronomically comical to me, since I've read all the cases and all are impertinent to anything I'm stating. That

Rooker-Feldman doctrine holds no validity either since I the Plaintiff am not here because I so called lost, but because a judge in Superior Court was incompetent at the role she thought she was fit to play and committed perjury on my case by creating material false statements on my decision ruling instead of granting that I'm correct by making requests on my behalf that I never asked or mentioned. My claim is "simplicite" since I'm stating that any form of drivers license doesn't apply to me since I don't make money off the roads that are for the public to use and enjoy that are paid by the people, my automobile isn't a motor vehicle pursuant to 18 U.S.C. § 31 (6) which under the supremacy clause supersedes state, and I don't drive since driver means driver of a commercial motor vehicle pursuant to 49 C.F.R. § 390.5 which under the supremacy clause supersedes state. I'm merely an automobilist with the rights to travel and the right to property which an automobile is defined as durable goods for consumer goods purposes. I deeply apologize that I seem to be more sophisticated then the government actors we have running the circus including you your honor, but I feel that enough is enough. It's we the people not we the government. The government is merely representatives of the people and should be reminded of that fact quite often.

By and through self pro se

Respectfully submitted by,
Joshua Howard,
P.O Box 89
Keene,NH 03431
603-803-8127
October 1st 2025.

Joshua Howard
P.O Box 89
Keene, NH
03431

MANCHESTER NH 030

2 OCT 2025   AM3  L      1775★



U.S. District Court
District Of New Hampshire
55 Pleasant St # 110
Concord, NH 03301

03301-394135