UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Joshua Howard

    v.                                                   Case No. 25-cv-344-SM

NH Superior Court Judge, et al

### ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated September 24, 2025, for the reasons set forth therein.

The clerk of court shall enter judgment and close the case.

**So Ordered.**

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

Date: October 7, 2025

cc: Joshua Howard, pro se